| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SAN JUANA MARTINEZ, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:21-CV-00183
§
TRISURA SPECIALTY INSURANCE §
COMPANY and WELLINGTON CLAIM §
SERVICE, INC., §
§
    Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    On April 21, 2021, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Doc. No. 6. On June 23, 2022, Judge Hawthorn recommended that the Court grant Plaintiff San Juana Martinez's *Motion to Remand to State Court* (Doc. No. 19) because subject matter jurisdiction was lacking. Doc. No. 21. No parties have filed objections to the Report and Recommendation, and the time for doing so has passed. Nevertheless, the Court has reviewed Judge Hawthorn's Report and Recommendation and concludes that its factual findings and statements of law are correct.

    It is therefore **ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 21) is **ADOPTED**. This case is **REMANDED** to the 136th Judicial District Court of Jefferson County, Texas for lack of subject matter jurisdiction.

    SIGNED at Beaumont, Texas, this 13th day of July, 2022.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE